IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRENDTEX FABRICS, LTD., | ) | CV 13-00480 DKW-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING** |
| vs. | ) | **MAGISTRATE JUDGE'S** |
| | ) | **FINDINGS AND** |
| CHAD JUNG KIM (dba Tropical | ) | **RECOMMENDATION** |
| Group) , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 10, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Default

//           //


//           //

Judgment Against Defendant Chad Jung Kim (dba Tropical Group) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 31, 2014.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

Trendtex Fabrics, Ltd. v Chad Jung Kim (dba Tropical Group); CV 13-00480 DKW-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

2